UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIL E. HARRIS, JR, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) No. 1:23-cv-01475-JMS-MKK |
| | ) |
| SALLIE MAE BANK, | ) |
| | ) |
| *Defendant.* | ) |

### ORDER

Presently pending before the Court is a Motion to Dismiss filed by Defendant Sallie Mae Bank. [Filing No. 13.] In response, Plaintiff filed a Motion for Leave to Amend Complaint, [Filing No. 21], which the Court granted, [Filing No. 26]. Plaintiff has now filed an Amended Complaint. [Filing No. 27.] Plaintiff's Amended Complaint now controls this litigation and supersedes the pleading at which the Motion to Dismiss is directed. See *Chasensky v. Walker*, 740 F.3d 1088, 1094 (7th Cir. 2014) ("When a plaintiff files an amended complaint, the new complaint supersedes all previous complaints and controls the case from that point forward…[b]ecause a plaintiff's new complaint wipes away prior pleadings[.]") (citations omitted). Accordingly, the pending Motion to Dismiss, [13], is **DENIED AS MOOT**. Defendant must answer or otherwise respond to Plaintiff's Amended Complaint as contemplated by the Federal Rules of Civil Procedure.

Date: 2/1/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

1